BRUCE C. YOUNG, ESQ. (NV Bar # 5560)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Email: bruce.young@lewisbrisbois.com

Attorneys for Defendant
G4S Secure Solutions (USA), Inc.

TONI J. READ, ESQ. (admitted *pro hac vice*)
**LEWIS BRISBOIS BISGAARD & SMTIH LLP**
1180 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30309
Telephone: 404-567-6589
Facsimile.: 404-467-8845
Email: toni.read@lewisbrisbois.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARTINIQUE WILKINS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>G4S SECURE SOLUTIONS (USA) INC,<br><br>Defendant. | CASE NO. 2:17-cv-01950-APG-GWF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Martinique Wilkins ("Plaintiff") and Defendant G4S Secure Solutions (USA), Inc. ("Defendant"), and through their counsel of record, that Plaintiff's Complaint in this action be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff and Defendant agree to bear their own attorneys' fees and costs associated with this action.

IT IS SO STIPULATED

**IT IS SO ORDERED** this 16th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE

4820-0313-8906.1

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | GABROY LAW OFFICES |
| *s/ Toni J. Read* <br> BRUCE C. YOUNG, ESQ. <br> Nevada Bar No. 5560 <br> 6385 S. Rainbow Boulevard, Suite 600 <br> Las Vegas, Nevada 89118 <br><br> Attorneys for Defendant <br> *G4S Secure Solutions (USA), Inc.* | *s/ Christian Gabroy* <br> CHRISTIAN GABROY, ESQ. <br> Nevada Bar No. 8805 <br> KAINE MESSER, ESQ. <br> Nevada Bar No. 14240 <br> The District at Green Valley Ranch <br> 170 S. Green Valley Pkwy., Suite 280 <br> Henderson, NV, 89012 |
| TONI J. READ, ESQ. (admitted *pro hac vice*) <br> 1180 Peachtree Street, NE, Suite 2900 <br> Atlanta, Georgia 30309 <br> Telephone: 404-567-6589 <br> Facsimile.: 404-467-8845 <br> Email: toni.read@lewisbrisbois.com | |
| Attorneys for Defendant <br> *G4S Secure Solutions (USA), Inc.* | Attorneys for Plaintiff <br> *Martinique Wilkins* |

**ORDER**

GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED this ____ day of _____, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

4820-0313-8906.1

2